# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:16-cv-00939-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF No. 2) |

Plaintiff Kimberly Peterson filed a complaint on June 28, 2016, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated:  **June 30, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1